# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| In re, <br><br> Brian James Macdonald, <br><br><br>                                                    Debtor. | C/A No. 19-06512-JW <br><br> Adv. Pro. No. 20-80027-JW <br><br> Chapter 13 |
| Michael Furlow <br> Cathy Furlow, <br><br>                                                   Plaintiffs, <br><br> v. <br><br> Brian J. Macdonald, <br><br>                                                  Defendant. | **JUDGMENT** |

Based upon the Findings of Fact and Conclusions of Law as recited in the Order entered on September 15, 2020, the Court grants judgment as to Plaintiffs' cause of action for a partition and sale of the jointly-owned property known as 5718 Captain Kidd Road in Hollywood, South Carolina ("Subject Property"), with the Court finding that Plaintiffs hold a 75% interest in the Subject Property and Defendant holds a 25% interest in the Subject Property.  Finding that a sale of the Subject Property is appropriate, the Court shall address the procedures of the sale of the Subject Property by separate order.

The Court also grants judgment in favor of Plaintiffs as to their unjust enrichment cause of action seeking reimbursement of certain expenses of the Subject Property paid by Plaintiffs. Defendant is liable in the amount of $2,827.25 for his share of the expenses.

Both parties' requests for attorney's fees are denied.

Further, based upon the Findings of Fact and Conclusion of Law as recited in the Order Granting Motion for Summary Judgment entered on July 27, 2020, the Court granted

judgment in favor of Defendant as to Plaintiffs' unjust enrichment cause of action for past rents based on an alleged ouster.

Columbia, South Carolina
September 15, 2020

**FILED BY THE COURT**
**09/15/2020**



Entered: 09/15/2020

US Bankruptcy Judge
District of South Carolina

2